UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.                      08-mc-86-SM

<u>Ernest C. Wentworth</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated January 13, 2009,   recommending that the taxpayer be ordered to

obey the summons and to appear on February 18, 2009 at 9:00 a.m. at 719 North

Main St., Laconia, NH before Sonia J. Cryan,  to give testimony and produce all

books and records in his possession or control required and called for by the terms

of the summons of July 25, 2008. It is further recommended that the government

be awarded its costs.

      SO ORDERED.


February 3, 2009                <u>/s/Steven J. McAuliffe       </u>
                                    Steven J. McAuliffe
                                    Chief Judge

cc:    Gretchen Leah Witt, AUSA
       Ernest C. Wentworth